[No. 24670-8-II.   Division Two.   January 12, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL J. IMBIORSKI, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 98-1-00154-8, William E. Howard, J., entered May 6, 1999. *Reversed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, J., and Wang, J. Pro Tem.

[No. 24993-6-II.   Division Two.   January 12, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM V. MINEO, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 99-1-00071-0, William E. Howard, J., entered August 12, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Wood, J. Pro Tem.

[No. 24356-3-II.   Division Two.   January 12, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD L. KOCH, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-1-01819-8, Wm. Thomas McPhee, J., entered February 2, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, J., and Alexander, J. Pro Tem.

[No. 18840-4-III.   Division Three.   January 16, 2001.]

CURTIS EDWARDS, ET AL., *Respondents*, v. OKANOGAN COUNTY, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 98-2-00057-2, Jack Burchard, J., entered March 30, 1999. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Eitzen, J. Pro Tem.